IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | |
| **JOHNNY WILL MURRAY, JR.** : | **CASE NO: 7:23-CR-24 (WLS)** |
| : | |
| **Defendant.** : | |
| _____ | |

## ORDER

The Court intends to notice this case for the February 2024 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, December 8, 2023**, whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial.  If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 29th day of November 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1