# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

UNITED STATES OF AMERICA,          :
                                 :
    v.                              :
                                 :
JOHNNY WILL MURRAY, JR.          :          **CASE NO: 7:23-CR-24 (WLS)**
                                 :
        Defendant.          :
_____          :

## ORDER

The Court intends to notice this case for trial during the May 2024 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Friday, March 15, 2024**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED**, this 4th day of March 2024.

                                 **/s/ W. Louis Sands**_____
                                 **W. LOUIS SANDS, SR. JUDGE**
                                 **UNITED STATES DISTRICT COURT**