# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | **CASE NO: 7:23-cr-24 (WLS)** |
| **JOHNNY WILL MURRAY, JR.** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

Before the Court is the Defendant's Motion to Compel Production of Evidence Related to Alleged Controlled Buys or in the Alternative to Dismiss (Doc. 36) as well as Defendant's Motion to Compel Production of Video Evidence of Search or to Suppress Evidence (Doc. 35) ("Motions") filed May 24, 2024. This case is currently scheduled for trial during the Valdosta August 2024 trial term. According to the Parties' Joint Response (Doc. 37) to the Court's recent Order to Confer (Doc. 34) entered prior to the filing of the Motions, "[p]ending the resolution of these matters, undersigned counsel and Mr. Murray will either announce ready for trial or file a timely motion to continue." The Parties are notified that absent the filing of a motion to continue, this case will remain on the August 2024 trial calendar and will be set for a pretrial conference consistent with the Court's practices.

Accordingly, the Government is hereby **ORDERED** to file a response to the Motions on or before the close of business on **Thursday, June 6, 2024**.

**SO ORDERED**, this 30th day of May 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1