IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.   : | |
| : | **CASE NO:** |
| **JOHNNY WILL MURRAY, JR.,**   : | **7:23-cr-24-WLS-TQL** |
| : | |
| **Defendant.**   : | |

## ORDER

By Order (Doc. 42) entered June 13, 2024, the Court continued the trial in the above-referenced matter to the Valdosta Division, November 2024 term of this Court. and its conclusion, or as may otherwise be ordered by the Court.

Accordingly, the pretrial conference scheduled for July 9, 2024, is **CANCELLED** and will be rescheduled to a later date.

**SO ORDERED**, this 26th day of June 2024.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

1