IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | |
| **JOHNNY WILL MURRAY, JR.** : | **CASE NO: 7:23-CR-24 (WLS)** |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

Before the Court is Defendant's Motion to Suppress on the Basis of the 4th Amendment (Doc. 52) ("Motion") filed September 23, 2024. Defendant has requested a hearing on the Motion.

According, it is hereby **ORDERED**:

1. The Government shall file its response to the Motion on or before **Tuesday, October 15, 2024**.

2. An evidentiary hearing on the Motion is scheduled for **Tuesday, December 10, 2024, at 2:00 P.M.**, in Albany, Georgia.

**SO ORDERED**, this 9th day of October 2024.

                                                 /s/ W. Louis Sands
                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                 **UNITED STATES DISTRICT COURT**