IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO: |
| | : | 7:23-cr-24–WLS-ALS |
| JOHNNY WILL MURRAY, JR., | : | |
| | : | |
| Defendant. | : | |

### ORDER

Previously, the Court provided the Parties with notice that this case is scheduled for a pretrial conference on Tuesday, July 1, 2025, at 3:00 p.m. and for trial during the Court's Valdosta August 2025 Trial Term beginning August 4, 2025 (Doc. 72) ("Notice"). The Notice requires all pretrial motions to be filed within fourteen (14) days prior to the pretrial conference. It further provides that "[o]pposing counsel *shall* file their response(s) within seven (7) days thereafter. Counsel shall be prepared to present oral argument and evidence, if necessary, in connection with all pending motions." (*Id.* at 1). On June 16, 2025, Defendant, Johnny Will Murray, Jr. filed the following Motions:

1. Motion to Dismiss Count Two and Count Three (Doc. 74);

2. Motion in Limine to Exclude all References to any Alleged "Controlled Buys" in this Case (Doc. 75);

3. Motion in Limine to Exclude all Jail Calls (Doc. 76); and

4. Motion in Limine to Exclude all References to Mr. Murray's Prior Criminal History/Agreement to Stipulate as to Status as Convicted Felon (Doc. 77).

The deadline for the Government to respond to the Motions was Monday, June 23, 2025. However, to date, the Government has not responded to any of the above Motions.

Accordingly, on or before the **close of business** on **Friday, June 27, 2025**, the Government shall file responses, if any, to each of the above Motions.

**SO ORDERED**, this 25th day of June 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1