IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:23-cr-24–WLS-ALS** |
| **JOHNNY WILL MURRAY, JR.,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

On July 1, 2025, the Court held a Pretrial Conference in this case. The Court enters this Order to memorialize the discussion and any instructions given at the Pretrial Conference.

Both parties announced ready for trial during the Court's Valdosta August 2025 trial term. Due to a scheduling conflict with Defendant's co-counsel, Defendant requests Defendant's trial begin the second week of the August 2025 term.

The following pre-trial motions, filed by Defendant, are pending:

1. Motion to Dismiss Count Two and Count Three (Doc. 74);

2. Motion in Limine to Exclude all References to any Alleged "Controlled Buys" in this Case (Doc. 75);

3. Motion in Limine to Exclude all Jail Calls (Doc. 76); and

4. Motion in Limine to Exclude all References to Mr. Murray's Prior Criminal History/Agreement to Stipulate as to Status as Convicted Felon (Doc. 77).

The Government filed responses to each of the above motions. (*See* Docs. 82, 83, 84 & 86). Defendant's counsel requested the opportunity to files replies to the Government's responses.

Accordingly, to assist the Court in the orderly and efficient conduct of the Defendant's trial, the Court hereby **ORDERS** as follows:

1. The trial of this matter will begin on **Monday, August 11, 2025, at 8:30 a.m. in Valdosta, Georgia**, or earlier as may be ordered by the Court. The Court has set aside three days for the trial. The Court notifies the Parties that in keeping with the Court's usual practices, beginning on **Tuesday, August 12, 2025**, or such other date following jury

1

selection, the trial will be held from 8:00 a.m. to 2:00 p.m. each day until the jury has heard all evidence and begins deliberations.

    2.    On or before close of business on **Friday, July 11, 2025**, Defendant may file replies to the Government's responses to the above motions.

    3.    If the Court deems it necessary, a hearing on the motions will be scheduled by a separate notice. Absent such notice, the motions will be taken under advisement as of Friday, July 11, 2025.

    **SO ORDERED**, this 2nd day of July 2025.

    **/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**