**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **CASE NO:** |
| | **:** | **7:23-cr-24–WLS-ALS** |
| **JOHNNY WILL MURRAY, JR.,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| _____ | **:** | |

## ORDER

Before the Court is Defendant's Objections to Draft Presentence Report (Doc. 139 "Objection") filed February 17, 2026. The sentencing hearing in this matter is scheduled for Thursday, March 12, 2026.

Accordingly, on or before close of business on **Friday, February 27, 2026**, the Government is hereby **ORDERED** to file a response to the Objection. Defendant may file a reply, if any, not later than close of business on **Friday, March 6, 2026**.

**SO ORDERED**, this 23rd day of February 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1